IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DANIEL TEKLE,

    Plaintiff,

v.                              Civil Action No. 3:19CV559

MS. DEWALT, et al.,

    Defendants.

**MEMORANDUM OPINION**

Daniel Tekle, a Virginia inmate, has submitted this civil action. The Court has received a money order for $350.00 from Tekle. Tekle owed another $50.00 in an administrative fee. Accordingly, by Memorandum Order entered on August 30, 2019 the Court directed Tekle to submit the additional $50.00 within twenty (20) days of the date of entry thereof. More than twenty (20) days have elapsed since the entry of August 30, 2019 Memorandum Order and Tekle has not submitted the $50.00 administrative fee. Accordingly, the Clerk will be directed to return the $350.00 money order to Tekle. The action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Tekle.

                                          /s/ REP
                                          Robert E. Payne
                                          Senior United States District Judge

Date: October 31, 2019
Richmond, Virginia